# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| **In re: Dauntless Construction, LLC** ) | |
| ) | |
|     **Debtor.** ) | Case No. 15-22094 (AMN) |
| ) | |
| ) | |
| **Connecticut Lending Partners, LLC** ) | Chapter 7 |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | Adv. Proc. No. 16-02009 |
| ) | |
| **Timothy Martin and** ) | |
| **Bonnie Mangan, Trustee** ) | |
| ) | |
|     **Defendants** ) | |
| ) | February 12, 2016 |
| ) | |

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

      Pursuant to Fed. R. Bankr. P. 7007.1, Connecticut Lending Partners, LLC respectfully submits this corporate ownership statement. Connecticut Lending Partners, LLC states that it does not have a parent corporation and no corporation directly or indirectly owns 10% or more of any class of its equity interests.

      **Connecticut Lending Partners, LLC**

      By: */s/ Thomas A. Gugliotti*
          Thomas A. Gugliotti, Esq.
          Federal Bar No. ct05288
          UPDIKE, KELLY & SPELLACY, P.C.
          100 Pearl Street, P.O. Box 231277
          Hartford, CT 06123-1277
          Tel. (860) 548-2600
          Fax. (860) 548-2680
          email: tgugliotti@uks.com