**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| **In re: Dauntless Construction, LLC** | ) | |
| | ) | |
| Debtor | ) | Case No. 15-22094 (AMN) |
| | ) | |
| | ) | |
| **Connecticut Lending Partners, LLC** | ) | Chapter 7 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 16-02009 |
| | ) | |
| **Timothy Martin and** | ) | |
| **Bonnie Mangan, Trustee** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | February 17, 2016 |
| | ) | |

## APPEARANCE IN ADVERSARY PROCEEDING

Please enter the appearance of Thomas A. Gugliotti of Updike, Kelly & Spellacy, P.C., 100 Pearl Street, Hartford, Connecticut 06123-1277 on behalf of the Plaintiff, Connecticut Lending Partners, LLC, in the above-captioned adversary proceeding.

1194909

Dated at Hartford, Connecticut this 17th day of February, 2016.

Respectfully submitted,

/s/ *Thomas A. Gugliotti*
Thomas A. Gugliotti, Esq.
Federal Bar No. ct05288
Updike, Kelly & Spellacy, P.C.
100 Pearl Street, 17th Floor
P.O. Box 231277
Hartford, CT  06123-1277
P (860) 548-2661
F (860) 548-2680
tgugliotti@uks.com
*Counsel to Connecticut Lending Partners, LLC*

1194909