# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| **In re: Dauntless Construction, LLC** ) | |
| ) | |
| Debtor. ) | Case No. 15-22094 (AMN) |
| ) | |
| ) | |
| **Connecticut Lending Partners, LLC** ) | Chapter 11 |
| ) | (Converted from Ch. 7) |
| Plaintiff ) | |
| ) | |
| v. ) | Adv. Proc. No. 16-02009 |
| ) | |
| **Timothy Martin and** ) | |
| **Bonnie Mangan, Trustee** ) | |
| ) | |
| Defendants ) | |
| ) | February 22, 2016 |

### PLAINTIFF CONNECTICUT LENDING PARTNERS, LLC'S
### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no answer or motion having been filed by the Defendant Bonnie Mangan, Trustee, Plaintiff Connecticut Lending Partners, LLC, , hereby dismisses this action against the said Defendant, without costs or attorney's fees.

1199360

Dated at Hartford, Connecticut, this 22nd day of February, 2015.

**PLAINTIFF,
CONNECTICUT LENDING
PARTNERS, LLC**

By:*/s/ Thomas A. Gugliotti*
    Thomas A. Gugliotti, Esq.
    Federal Bar No. ct05288
    UPDIKE, KELLY & SPELLACY, P.C.
    100 Pearl Street, P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. (860) 548-2600
    Fax. (860) 548-2680
    email: tgugliotti@uks.com

1199360

**CERTIFICATION OF SERVICE**

I hereby certify that on February 22, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Thomas A. Gugliotti*
Thomas A. Gugliotti, Esq.
Federal Bar No. ct05288
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600
Fax. (860) 548-2680
email: tgugliotti@uks.com

1199360