Form oreopadv

# UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In Re: Dauntless Construction, LLC
     Debtor(s)

Case No.: 15−22094
Adversary No.: 16−02009

Connecticut Lending Partners, LLC
Plaintiff(s)
vs.

Timothy Martin
Defendants(s)

## ORDER REOPENING ADVERSARY

On 02/23/2016 , the above named adversary was inadvertently closed, not having been fully administered.

It is, therefore,

**ORDERED** that the adversary be reopened.

Dated in Hartford, Connecticut on February 23, 2016

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut